UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 1:17mj4 |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| MARK DUNAJSKI | ) | |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint and Warrant in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: February 27, 2017

Dennis L. Howell
United States Magistrate Judge